NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FORD MOTOR COMPANY,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-1134

---

Appeal from the United States Court of International Trade in case no. 09-CV-151, Judge Gregory W. Carman.

---

## ON MOTION

---

## ORDER

The United States moves for a 28-day extension of time, until May 27, 2011, to file its brief. Ford Motor Company opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 2 2011**

Date

cc: Matthew W. Caligur, Esq.
    Justin R. Miller, Esq.

s21

/s/ Jan Horbaly

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 2 2011

JAN HORBALY
CLERK